・Date: 09/29/14

*Re. Warren Chase, Id.#: 326514 vs. Gregg L. Hershberger, et al.

* Plaintiff's Emergency Protective Judical Intervention- Prayer For Protective P/I., T.R.O. - Court Ordered Md. D.P.S.C.S. Regional Prison Transfer- Needed Bone Surgery's - To See An Orthopedist Or Neurologist - Prayer To File: Criminal Assault- Assault & Battery - Assault With Intent To Maim Charges - Restraining Orders Etc. For Good Cause Shown!; Courts Clear Failure To Protect.:

FILED ____ ENTERED
LOGGED ____ RECEIVED

OCT 07 2014

AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

WARREN CHASE, Id. #: 326514
N.B.C.I.
14100 McMullen Hwy., SW
Cumberland, MD 21502
       Plaintiff,

vs.

1. U.S. DISTRICT OF MARYLAND,
   et al.
101 W. Lombard St.
Baltimore, MD 21201.

2. Gregg L. Hershberger, et al.
300 E. Joppa Road
Hampton Plaza-Suite 1000
Towson, MD 21204.

3. Jesse Ballard, 3rd, et al.
4. Mark J. Carter
   D.P.S.C.S. / I.I.U.
   P.O. Box 418
   Savage, MD 20763.

Civil Act. No.: CCB-14-3150

・PG. #1

5. R.R. Sowers, et al.
6776 Reisterstown Road
Suite 310
Baltimore, MD 21215.

6. Wayne A. Webb, et al.
18601 Roxbury Road
Hagerstown, MD 21746.

7. Frank Bishop, Jr., et al.
8. S. Miller.
9. Security - Chief.
10. C.O. 2, D. Rounds, Jr.
11. C.O. 2, T. Marchinke.
12. C.O. 2, D. Rounds, Sr.
13. R.C. Bennett - H.U. #1
    Property Ofc.
14. C.O. 2, J. France.
15. C.O. 2, W.G. Mallow.
16. C.O. 2, C. Gilpin.
17. Sgt. W. Iser.
18. Sgt. B. Iames.
19. Lt. B. Wilt

N.B.C.I., 14100 McMullen Hwy., SW
Cumberland, MD 21502
            Defendant's.

---

1. On 09/08/14 while housed at N.B.C.I., H.U. #1, C-Tier, Cell #. 19 during the 7am to 3pm work shift as retaliation for filing some & attempting to file other A.R.P.'s / Petitions etc. to

· PG #2

Courts & Public Officials about their constant daily verbal & physical abuse of Plaintiff (on H.U.#.1, C-Tier Security - Camera Recordings) Plaintiff was painfully restrained by steel-handcuffs with his arms held behind body. Apon exiting the cell he stood restrained & in constant fear in the mist of unlawfully corrupt racist N.B.C.I. Prison Guards, C.O. 2's, D. Rounds Jr., T. Marchinke, D. Rounds Sr., simply inquiring as to "why were they confiscating all of his personal property.- what had he done wrong?"

•2. When suddenly together D. Rounds Jr., T. Marchinke looped their arms under Warren Chase's restrained arms - (causing him to cry-out in extreme spinal-bones back pains) as they attempted to violently force his restrained-arms behind his back up pointing towards the ceiling (forcing him to painfully bend at waist - cry out in more intense pains as a shock-wave of shots through his: Upper- Mid.- Lower Spinal-Bones, Left-Hip Bones) then standing off balance & weight causing sharp-pains to shoot through the torn-ACL of his right-Knee - the bones to shift out of place - causing his right-Knee to painfully colapse & buckel - causing him to fall down hard on both Knee's crying out in constant multiple pains (as volts of sharp exscewsheating pains shot through his right-knee causing his toes-foot- caff, hips & spinal-bones to go numb with the lose of feelings) as both guards continued to hold their arms looped under his arms.

•3. Next together (on camera recordings) above guards violently dragged Warren Chase body up the bottom tier (as he continued to cry-out in pains asking for emergency medical attention for his multiple injuries) D. Rounds Jr. repeatedly stated to Plaintiff "shut the fuck- up nigger! your not seeing medical! your not getting shit!" After violently forcing Plaintiff into C-Tier, Cell#:29 the cell-door was closed & the handcuff-restraints removed, the cell-door security-slot

•PG.#:3

closed D. Rounds Jr. stated to Plaintiff & D. Rounds Sr who was pushing a cart of Plaintiff's personal property up the tier "fuck him! he's not getting any property! no - he's not getting shit!"

·4. Next unlawfully corrupt C.O.2, W.G. Mallow witnessing his co-workers physical attack of Mr. Warren Chase & unlawful confiscation of his property entered H.U.#1, C-Tier & went to his 29-Cell verbally threatening his-Plaintiffs life, cursing him repeatedly. He than left C-Tier.

·5. As both above unlawful guards were physically attacking-hurting Mr. Warren Chase, C.O.2, D. Rounds Sr. under the false-pretense of packing his personal property ententionally left parts of his property within the cell.

·6. Since than Plaintiff has submitted several N.B.C.I. Medical Sick-Call request slips about the 09/08/14 physical attack because he is hurt. On 09/14/14 Warren Chase was scheduled to been by a N.B.C.I. Nurse C.O.2, D. Rounds Jr. arrived at his H.U.#1, C-Tier, Cell #:29 attempting to escort him. Plaintiff stated that "Yes, he wanted to go on his Medical pass but was in constant fear of him (D. Rounds Jr.) so did-not want to be esorted by him!" He left falsifying that Plaintiff refused Medical attention, & Mr. Warren Chase was never seen for his physical injuries - is still daily physically hurt - in constant fear & pain.

·7. On 09/21/14 at N.B.C.I. H.U.#1, C-Tier during the 7AM to 3PM work shift at the daily lunch meal serving C.O.2, D. Rounds Jr. etc. deprived Plaintiff of his lunch meal of food - starving him.

·8. On this date after lunch Plaintiff advised D. Rounds Jr. that because he had not received - had been deprived of his: Pain,

·PG #:4

Meds, CTM's, & Hi-Blood Pressure Meds. since 09/08/14 he was suffering; a daily Migrain-headache, sharp chest-pains, back-hip-right-knee pains, post nasal drip etc. problems, shortness of breath etc. requesting Medical attention. D. Rounds Jr., N. Passman Jr. restrained Plaintiff in handcuffs. Apon exiting cell N. Passman did a "Bar Check" in cell than clearly to provoke & agitate Plaintiff they denied him the Medical attention. forced him to return back into cell.

9. Since 09/08/14 & the present Mr. Warren Chase has been physically tortured - by the constant exposure to sensery deprivation. As the nightly tempreture drops into the 60°'s & 50°'s he has been denied a Matteress, sheets & blanket to rest - has been constantly forced to stay awake in extreme cold. He has no property in cell. Forced to stand, sit or lay on a cold hard steel bed-fram unable to sleep. Daily he is mocked-threatened-cursed by all above. They tell him that their going to kill him, call him niggers etc. All of their above Unlawful N.B.C.I. & H.U.#1 Supervisors let them do this. He has no pen or paper to write to court on his own.

*Note: On 09/08/14 unlawfully corrupt C.O.2, D. Rounds Jr, Sr. wrote in the H.U.#1, C-Tier log that Plaintiff allegedly attempted to spit on him when Plaintiff did no such thing! no Notice Of Infraction was ever written! He did this as an attempt to cover his-their unlawful deadly use of force against Warren Chase

*Also note! Plaintiff no has a cold due to the lack of heat-Matteress-sheets-blanket since 09/08/14.

### *Conclusion:
Wherefore In Conclusion, the Plaintiff - Warren Chase prays for "Emergency Protective Judicial Intervention - Prayer For

• PG.#: 5

Protective P.I./T.R.O. - Court Ordered Regional Md. D.P.S.C.S. Prison Transfer To A Baltimore City &/or Jessup area Prison, The Immediate Return Of all confiscated-stolen property, needed bone etc. surgery's,- to see an neurologist-orthopedist, To file Criminal assault - Assault & Battery - Assault With Intent To Maim Charges, Protective Restraining Orders Etc.

This Not Made For Purpose Of Delay.

Respectfully Submitted,

~~Worran Chase, Id#: 326514~~
Warren Chase, Id#: 326514
N.B.C.I.
14100 McMullen Hwy., S.W.
Cumberland, MD 21502

(C.C. File).