Date: 11-10-2014

___ FILED  ___ ENTERED
___ LODGED  ___ RECEIVED

NOV 14 2014

AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
101 W. LOMBARD STREET * BALTIMORE, MD 21201.

Affidavit Of Plaintiff's Eye-Witness - N.B.C.I.
Prisoner - Mr. Monte A. Ingram, Id. #: 428839, In
Support Of Plaintiff & Plaintiff's Witness Constant
Emergency Distress Call For Help! Prayer For Immediate
Protective Preliminary Injunction (P.I.) / Temporary
Restraining Order (T.R.O.) Court Ordered ▓▓▓▓
▓▓▓▓ "Maryland Dept. Of Public Safety & Correctional
Services" (Md. D.P.S.C.S.) Prison Transfer. Plaintiff's
Clear Proof That His Life Daily Is In Peril -
Constant Imminite Threats Of Danger (As Retaliation)
By Unlawfully Corrupt N.B.C.I. Prison Guards.:

Re. Warren Chase vs. U.S. D.C.O. Md., et al.
Civil Act. No.: CCB-14-3150.

I, Mr. Monte A. Ingram, Jr., Id. #: 428839, am over the
age of of eighteen & otherwise competent to testify to the
facts being stated herein. Based on personal knowledge I
declare as follows:

1. I have been incarcerated at N.B.C.I. Prison since July
, 2008., Since 2009          I have been

PG. #: 1

housed in H.U.#:1, C-Tier in ajointing isolation cells to the Plaintiff - Mr. Warren Chase, Id.#:326514 who is housed on C-Tier, Cell #:29.

·2. I have been housed in ajointing cells to Warren Chase for several years.

·3. I am very aware of each one of the multiple allegations which Plaintiff has made since April 23rd, 2008, throughout this present date. & I declare that each of them are & have always been true. With regards to each of the constantly repeated prior, desperate emergency distress motions which he has filed to this court. See United States District Court Of Maryland - Civil Act. No.:      ·RTW-14-0340,

|               |               | :CCB-09-1020, | ·RDB-14-2058  |
| ------------- | ------------- | ------------- | ------------- |
| ·CCB-14-3150, | ·CCB-14-0475, | ·CCB-11-1619, | ·CCB-08-3452, |
| ·CCB-14-2102, | ·ELH-14-0791, | ·CCB-09-0385, | ·CCB-08-1790, |
| ·CCB-14-0477, | ·RDB-13-0551, | ·CCB-09-0240, | ·CCB-08-1702, etc.

·See Civil Division Of The:

·A. Baltimore City Circuit Court.
   Warren Chase vs. The Maryland State Govoner, Et Al.
   Case No.: 24-C-10-000342.
   Baltimore City Circuit Court.
·B. vWarren Chase vs. Frank M. Conaway, Et Al.
   Case No.: 24-C-11-004362.

·PG.:#:2

C. Baltimore City Circuit Court.
   Warren Chase vs. Michael Heavener, Et Al.
   Case No.: *Note: Unlawful N.B.C.I. Prison Guards
   confiscated & destroyed Plaintiff's legal papers for this case.

D. Allegany County Circuit Court.
   Case No.: 01-C-09-32145 L.

E. Washington County Circuit Court.
   Case No.: 21-C-11-041228.

F. Baltimore County Circuit Court.
   Case No.: 03-C-13-011398.

G. Court Of Special Appeals Of Maryland.
   No. 01915, September Term, 2013.
   Warren Chase vs. Gary D. Maynard, Et Al.

H. Court Of Special Appeals Of Maryland.
   Warren Chase vs. Bobby P. Shearin, Et Al.
   No. 02218, September Term, 2013.

4. On 09/08/2014 at N.B.C.I., H.U.#1, C-Tier during the 7AM to 3PM work shift (after the days lunch meal serving from My Isolation Cell Door Window I seen & heard unlawfully corrupt Prison Guards - C.O.2's, D. Rounds Jr., T. Marchinke, & D. W. Rounds Sr. all walk pass My cell door with a wheeled-cart in route to C-Tier

· PG. #3 ·

Cell #.19 which housed Plaintiff-Warren Chase. Once at cell (although he has multiple spinal-bone & torn ACL of right-knee injuries which he is in clear need of multiple surgerys' for) they still painfully restrained him with his arms behind his back. His cell-door was opened & he difficulty wobbled out of the cell to stand in constant fear among them.

5. While standing there in back, hips, & knee pains awkwardly off-balance he simply asked D. Rounds Jr. why where they unlawfully confiscating all of his personal property?

6. When suddenly C.O. 2's, D. Rounds Jr., T. Marchinke turned violent (in violation of the D.C.D.'s) both looped their arms under his restrained arms violently forcing him to awkardly bend at waist off balance & cry-out in constant pains as they forced his arms up horizontally at the sky. - off balance he was than forced to fall down hard on both knees crying out in constant pains saying, that the bones shifted out-of-place - was numb & that he needed emergency medical attention for his spinal-bones, hip-bones, & right-knee injuries, as they - D. Rounds Jr., T. Marchinke denied him medical attention, repeatedly cursed him, threatend to kill him, & called him niggers.

7. They violently dragged his body from C-Tier, Cell #.19 to Cell #.29 & forced him to be locked into the stripped cell with no; matteress, sheets, blanket, wash cloth, towel, soap, tooth-brush, tooth-paste, none of his legal papers, pin, envelopes, etc.

• 8. Since 09/08/14 until 10/03/14 I witnessed as all unlawful N.B.C.I. Lt.'s, Sgt.'s, C.O.2's, C.O.1's forced him to exhaustively stay awake in the cell cold - unable to sleep at night with the heat turned off as the nightly temperatures dropped into the 60°'s & 50°'s. All of Mr. Warren Chase's daily request for emergency medical attention for immediate medical attention for the physical injuries which he sustained from the 09/08/14 physical attack, & his cold from the deprivation of a matteress, sheets, & blanket - throughout the present date were - presently are denied by all N.B.C.I. Prison Guards on each one of the three (3) daily 11pm to 7am - 7am to 3pm - & 3pm to 11pm work shifts.

• 9. On 09/21/14 during the days lunch meal serving unlawfully corrupt C.O.2's, D. Rounds Jr., & N. Passman Jr. deprived Warren Chase of his lunch meal tray serving of food - starving him. Mr. Von Whiteman was the Sgt.

• 10. On this above date Mr. Warren Chase advised them that he had not received his proper high blood pressure aspirin since 09/08/14 - was having constant migrain - headaches, sharp chest pains, shortness of breath etc. needed to see medical staff. In fear he was ~~handcuffed~~ (painfull) with arms behind the body by D. Rounds Jr. His cell-door was opened & he stood in fear as N. Passman Jr. did bar-check in cell than they denied him medical attention as a further challenge, to provoke & agitate - they violently shoved him back into the cell depriving him medical attention.

• PG. #5

•11. On 09/14/14 & 10/05/14 during the 7am to 3pm work shift Warren Chase was scheduled to be seen on sick-call for his physical injuries - as an attempt to stage further verbal / physical conflicts - to agitate despite the fact that Warren Chase has filed an Md. D.P.S.C.S. A.R.P. Case No. NBCI-2744-14, about their 09/08/14 physical attack requesting protective restraining orders etc. against unlawfully corrupt C.O.2, D. Rounds Jr. arrived at his cell-door attempting to escort him to sick-call. I heard Warren Chase state that "Yes he wanted to go to sick-call to see last Medical Staff about his physical injuries but was in fear so did-not want to be escorted by him." D. Rounds Jr. then went falsified that he refused medical attention, & he was denied medical attention.

•12. On 11/01/2014 during the Morning Breakfest Meal Serving during the 11pm to 7am work shift again unlawfully corrupt N.B.C.I. Dietary Staff gave the tray-meals of food to the unlawfully corrupt N.B.C.I. Prison Guards & C.O.2's, P. Penrod, S. Veinote (or Vienote), _____ refused to open Warren Chase's Cell-Door Food Slot - depriving him of his breakfest meal of food - starving him.

•13. I hereby verify that since the year of 2008 throughout this present date here at N.B.C.I., H.U. #1 in general & here on C-Tier in perticular _____ all unlawfully corrupt C.O.1's & C.O.2 guards who work this post during the hours of 7am to 3pm "never announce on the tier intercom that they are walking around takeing a daily one-hour out-of cell

•PG. #: 6

recreation and, or shower list - they do not come to each one of our ajointing 64 isolation - cells & ask any prisoners do we want our daily rec. or showers - they simply Mischiefly sneak around than go falsify their daily log-books "that we refused."

·14. I verify that all unlawfully corrupt N.B.C.I. Prison Guards have daily - weekly - Monthly - & yearly have done this to Warren Chase since April 23rd, 2008, - he has never once refused his daily rec. or showers.

·15. I verify that on 10/13/14 during the 7am to 3pm work shift at N.B.C.I., H.U.#1, C-Tier, Cell#29 immediately after the days lunch meal serving food tray collection Sgt. B. Lames painfully restrained Warren Chase by steel-handcuffs with arms behind the body - he was than escorted to the H.U.#1 Property - Room area. After being denied all of his Personal Property; legal work - criminal & civil case files, A.R.P. files, legal - religious & other books, pens, writing - paper, envelopes, personal & legal addresses etc, for 45-days he was locked in a Caged Cell area where unlawfully corrupt C.O.2, R.C. Bennett had already place two held-hazard brown boxes of his property unorganized all over the boxes.

·16. At which time R.C. Bennett ▮threatenly stated to Mr. Warren Chase, that he felt that he had to Much property - to Much legal - papers, books etc, so he would - not allow - him to keep. He advised Plaintiff to fill very - small brown - box with property, "any additional property he would either have mail

·PG.#7

out of the prison - donate - or it would be destroyed." Plaintiff than advised C.O.2, R.C. Bennett & Sgt. B. James that all of those "Legal-Books & Papers" were needed for over 35- actively on-going Criminal & Civil Case Litigations, Proper Exhaustion Of The (P.L.R.A) - A.R.P. Appeals ets. So he requested that the property be stored here at N.B.C.I. In response R.C. Bennett hostily stated "so what! write me up! I don't care! the property is not being stored here! you either Mail it out of the prison, donate it, or its being destroyed!"

•17. While filling little box Warren Chase notice the following of his personal property items Missing:
•2 (30 Pack) Hi-Blood Pressure Aspirin Blister Packs; •2 (30) Ibeproferen Count Pain Blister-Packs; •2 (30) Count CTM Allergie Blister-Packs; •1 Brown Shower Shoes; •7 Heratage (14.4 oz) Laundry Soap Powder; •25 (.85 oz) Crest ToothPaste; •2 Next 1 Moisturing Bars Of Soap; •4 Next 1 Sports Bars Soap; •1 Dove Soap; •1 Clear Aloe Soap; •1 Dial Soap; •1 Soap Dish; •25 Freshscent Soaps; •750 (.25) Lotion Packs; •750 (.25 oz) Conditioning Shampoo Packs; •7 Freshscent Deodorants; •1 Gray Winter Hate; •20 (1-PLY, 1000 Sheets) Rolls Of Toilet-Paper; •2 Hand-Towels; •Over 25 Magazines' etc. See A.R.P. Case No.: NBCI-2846-14.

•18. Although R.C. Bennett remained present in the area unlawfully corrupt C.O.2, J. Frantz joined & Mischiefly

·19. After filling little-box with his legal-papers Mr. Warren Chase again requested that the rest of his property be stored there at N.B.C.I. but again J. Frantz abusing his authority, that "N.B.C.I. could-note & would-not store Plaintiff's property!"

·20. Although Plaintiff-Warren Chase had no actual personal mailing address clearly under duress he was forced to mail property to a:

    Ms. Lisa Pupo Lenihan
    CHIEF ADMINISTRATIVE LAW JUDGE
    United States District Court For The
    Western District Of Pennsylvania
    U.S. Courthouse, Suite 7270
    Pittsburgh, PA 15219 ⟶

\* Note: Mr. Warren Chase was-not allowed to observe unlawfully corrupt C.O.2's, R.C. Bennett, J. Frantz package & seal any of the above property-items into boxes to be mailed so strongly believe that his property will be stolen &, or destroyed!

·21. While in the Caged-Cell R.C. Bennett, J. Frantz, S. Murray, D. Rounds Jr., W.G. Mallow, B. James, J. Piffenburger, etc., forced him to urinate on him-self than were laughing about it.

·22. I declare that since 2008 throughout this present date I have witnessed Mr. Warren Chase being forced to serve an "Indifinate Disciplinary Segregation (Dis. Seg.) Sentence" From my understanding his dis. seg. sentence started in approx. June 2006.

·PG. #:9

White on Dis. Seg. he was moved here & placed on dis. seg. H.U. #1, C-Tier, Cell #:29 on April 23rd, 2008. Since than he has remained on dis. seg. for the last prior 7-years & 8-months. His present release from dis. seg. (despite the extensive amount of time which he has already served on dis. seg.) does not end until the year of 2043.

•23. I declare that since April 23rd, 2008 throughout the present the unlawfully corrupt: N.B.C.I., U.S. Postal Mail-Room Staff, & Prison Guards "have already been stolen"! & presently continues to be stolen, 99.9% of the mail which he has already attempted to - & presently attempts to mail-out from N.B.C.I. is intercepted & stolen.

•24. Daily Plaintiff-Warren Chase declares to me that 24-hours per day - 7 days per week - 31 days per month - 365 days per year here at N.B.C.I. he is forced to live in constant fear for his life! He is physically hurt - in constant pains with multiple-physical injuries - in need of: Spinal-Bones, Hip-Bones, Torn ACL of Right-Knee Surgerys'.

I Hereby Swear Under The Penalty Of Perjury That The Facts Stated Herein Are True & Correct.

X Mr. Monte A. Ingram, Id.#1428839
Mr. Monte A. Ingram, Id.#428839
N.B.C.I.
14100 McMullen Hwy., SW
(C.C. File): Cumberland, MD 21502

· PG. #: 10 ·