Date: 11/27/14

Emergency Prayer For P.I./T.R.O Court Ordered Md. D.P.S.C.S. Regional Transfer - Surgery Etc. Life In Constant Danger - Hurt As Retaliation:

Re: Civil Act. No.: CCB-14-3150

As retaliation at N.B.C.I., H.U.#1 Lt. B.A. Wilt on 11/19/14 all prior listed Defendants Moved Me from C-Tier into a double-cell on B-Tier with inmate; Gary Dupont & told him to kill Mr. Warren Chase. Mr. W. Chase pleaded that his life was in constant danger but they ignored his pleas. Inmate; Gary Dupont than begin to physically attack - beat - hurt - trying to kill Mr. Warren Chase.

At present Mr. Warren Chase is forced to live in constant fear for his life 24-hours per day - daily his life is threatened - he has a black right - eye, his spinal - brace was taken by unlawful N.B.C.I. Guards.

This Not Made For Purpose Of Delay.

Respectfully,

Warren Chase, Id #: 326514
N.B.C.I.
H.U. #: 1, B-Tier, Cell #: 36
14100 McMullen Hwy., SW
Cumberland, MD 21502

(C.C. File):