IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

WARREN CHASE #326-514
        Plaintiff       :

v.                          :      Civil Action No. CCB-14-3150

U.S. DISTRICT COURT OF MARYLAND,  :
et al.,
        Defendants     :

## **O R D E R**

Plaintiff Warren Chase alleges Officer Wilt, in concert with other corrections staff, moved him to a double cell and told Mr. Chase's cell mate to kill him. As a result, Mr. Chase claims he has been injured by his cell mate. (ECF No. 7.) Given the nature of Mr. Chase's statements, counsel shall be required to respond. Such response shall constitute neither acceptance of service on defendant Officer Wilt nor waiver of any affirmative defense.

Accordingly, it is this 8th day of December, 2014, by the United States District Court for the District of Maryland, hereby ordered that:

1. Within fourteen (14) days of the date of this order, counsel for the Maryland Attorney General RESPOND to Mr. Chase's allegation; and

2. The Clerk SHALL SEND a copy of this order to Mr. Chase and to Assistant Attorney General Stephanie Lane-Weber.

_____/S/_____
Catherine C. Blake
United States District Judge