**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| WARREN CHASE, #326-514, | * |
| Plaintiff, | * |
| v. | *   Civil No. CCB-14-3150 |
| U.S. DISTRICT COURT OF MARYLAND, *et al.*, | * |
| | * |
| Defendants. | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## MOTION FOR EXTENSION OF TIME

Defendants, D. Rounds, Jr., T. Marchinke, and W.G. Mallow, by their attorneys, Brian E. Frosh, Attorney General of Maryland, and Stephanie Lane-Weber, Assistant Attorney General, move, pursuant to Fed.R.Civ.P. 6(b)(1)(A), for an extension of time to and including February 13, 2015, to file a response to the complaint filed in the above-captioned case for the following reasons:

1.  By Order dated December 15, 2014, this Court granted the Defendants an extension of time to and including January 14, 2015, within which to file a response to the complaint.

2.  Although certain information and materials relating to the complaint herein have now been received by undersigned counsel, it is necessary that additional documents be obtained so that the Defendants can prepare and file a detailed response.

3. An additional thirty day period to and including February 13, 2015 within which to respond to the Complaint should be sufficient to prepare Defendants' initial pleadings.

4. This Motion is not made for purposes of delay.

WHEREFORE, it is respectfully requested that this Court grant leave for Defendants D. Rounds, Jr., T. Marchinke, and W.G. Mallow, to file a response in the instant case on or before February 13, 2015.

Respectfully submitted,

BRIAN E. FROSH
Attorney General of Maryland

_____/s/_____
STEPHANIE LANE-WEBER
Assistant Attorney General
Federal Bar No. 00023

St. Paul Plaza - 19th Floor
200 St. Paul Place
Baltimore, Maryland  21202
(410) 576-6340 (Telephone)
(410) 576-6880 (Telefax)
E-mail: slaneweber@oag.state.md.us

Attorneys for Defendants

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 14th day of January 2015, a copy of the foregoing Motion for Extension of Time was mailed, postage prepaid, to:

Warren Chase, #326-514
North Branch Correctional Institution
14100 McMullen Highway, S.W.
Cumberland, Maryland 21502

                                                          /s/
                                      STEPHANIE LANE-WEBER
                                      Assistant Attorney General

G:\CorLit\TURNER, ALBERT\Cases\CHASE, WARREN CCB-14-3150\Pleadings\2nd met.wpd